IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LifeScan Global Corporation, *et al.*,[1] | ) ) ) | Case No. 25-90259 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' AGENDA OF MATTERS SET FOR HYBRID HEARING
ON OCTOBER 27, 2025 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE ALFREDO R. PEREZ:

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Agenda of matters set for a ***hybrid hearing*** on **October 27, 2025 at 2:30 p.m. (prevailing Central Time)** (the "Hearing") before the Honorable Judge Perez, United States Bankruptcy Judge, Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, Texas 77002:

**A.  MATTERS**

  1. **Debtors' Emergency Motion to Compel Expedited Discovery and 30(b)(6) Testimony [Docket No. 550].**

     Status: This matter has been resolved. Further, the dispute between the parties regarding whether the *Amended Joint Chapter 11 Plan of LifeScan Global Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 518] complies with 11 U.S.C. § 1129(a)(9) has also been resolved. The terms of such resolution have been incorporated in the proposed *Amended Order (I) Approving Disclosure Statement and (II) Confirming Joint Chapter11 Plan* [Docket No. 552] (the "Final Confirmation Order"). A status conference will go forward to discuss the terms of the resolution and the Final Confirmation Order.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LifeScan Global Corporation (1872); DUV Holding Corp. (2522); DUV Intermediate Holding Corp. (2645); LifeScan Texas LLC (1307); DUV Intermediate Holding II Corp. (4829); LifeScan Inc. (8188); LifeScan IP Holdings, LLC (7450); LifeScan China, LLC (N/A) and LifeScan Institute LLC (8188).  The location of Debtor LifeScan Global Corporation's principal place of business and the Debtors' service address in these Chapter 11 cases is 75 Valley Stream Parkway, Suite 201, Malvern, PA 19355.

B.   **OTHER RELATED DOCUMENTS**

1. **Order (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization; (III) Approving the Forms of Ballots and Notices in Connection therewith; and (IV) Scheduling Certain Dates with Respect thereto [Docket No. 273].**

2. **Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast in Connection with the Joint Chapter 11 Plan of Reorganization of LifeScan Global Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 454].**

3. **Amended Joint Chapter 11 Plan of LifeScan Global Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 518].**

4. **Notice of Filing of Revised Joint Chapter 11 Plan of LifeScan Global Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 519].**

5. **Amended Order (I) Approving Disclosure Statement and (II) Confirming Joint Chapter 11 Plan [Docket No. 552].**

6. **Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement and (II) Confirming Joint Chapter 11 Plan [Docket No. 553].**

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated October 26, 2025 | */s/ John F. Higgins* |

John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
Grecia V. Sarda (TX Bar No. 24132092)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone:   (713) 226-6000
Facsimile:   (713) 226-6248
Email:       jhiggins@porterhedges.com
             sjohnson@porterhedges.com
             myoung-john@porterhedges.com
             jkeefe@porterhedges.com
             gsarda@porterhedges.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Samuel Khalil, Esq. (admitted *pro hac vice*)
Jaimie Fedell, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219
Email:       ddunne@milbank.com
             skhalil@milbank.com
             jfedell@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
Melanie Yanez, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, D.C.20005
Telephone:   (202) 835-7500
Facsimile:   (202) 263-7586
Email:       aleblanc@milbank.com
             mwyanez@milbank.com

## Certificate of Service

  I certify that on October 26, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins
