# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LifeScan Global Corporation, *et al.*,[1] | ) ) | Case No. 25-90259 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) (Relates to Docket No. 561) |

## NOTICE OF (I) ENTRY OF ORDER APPROVING THE DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF REORGANIZATION OF LIFESCAN GLOBAL CORPORATION AND ITS DEBTOR AFFILIATES AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE THAT** on October 27, 2025, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Amended Order (I) Approving Disclosure Statement and (II) Confirming Joint Chapter 11 Plan* [Docket No. 561] (the "Confirmation Order"), which, among other things, approved and confirmed the Debtors' *Amended Joint Chapter 11 Plan of Reorganization of LifeScan Global Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 518] (as modified, amended, or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on December 8, 2025 (the "Effective Date"), each of the conditions precedent to consummation of the Plan enumerated in Article IX of the Plan were satisfied or waived in accordance with the Plan and Confirmation Order, and the Effective Date of the Plan occurred. As of the Effective Date, all releases, exculpations, discharges, and injunctions set forth in the Plan are now effective.

**PLEASE TAKE FURTHER NOTICE THAT** that, except as otherwise set forth in the Plan, the Confirmation Order, or any other order of the Court, (a) all requests for payment of an Administrative Claim (other than a Professional Fee Claim) must be Filed no later than January 7**,** 2026 (i.e., the day that is 30 days after the Effective Date), (b) all final requests for payment of Professional Fee Claims must be Filed no later than January 22**,** 2026 (i.e., 45 days after the Effective Date), and (c) all Proofs of Claim with respect to Claims arising from the rejection of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LifeScan Global Corporation (1872); DUV Holding Corp. (2522); DUV Intermediate Holding Corp. (2645); LifeScan Texas LLC (1307); DUV Intermediate Holding II Corp. (4829); LifeScan Inc. (8188); LifeScan IP Holdings, LLC (7450); LifeScan China, LLC (N/A) and LifeScan Institute LLC (8188). The location of Debtor LifeScan Global Corporation's principal place of business and the Debtors' service address in these Chapter 11 Cases is 75 Valley Stream Parkway, Suite 201, Malvern, PA 19355.

[2] Capitalized terms not otherwise defined herein have the same meanings as set forth in the Plan.

Executory Contracts or Unexpired Leases pursuant to the Plan or Confirmation Order, if any, must be Filed no later than January 7**,** 2026 (i.e., the day that is 30 days after the Effective Date). **Holders of such Claims that do not File a request or Proof of Claim within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates, or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.**

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with Article V of the Plan and sections 365 and 1123 of the Bankruptcy Code**,** all Executory Contracts and Unexpired Leases to which any of the Debtors are a party shall be deemed assumed and assigned to the applicable Reorganized Debtor in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than: (1) those that are identified on the Rejected Executory Contract and Unexpired Lease List; (2) those that have been previously rejected by a Final Order; (3) those that are the subject of a motion to reject Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (4) those that are subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the First Amended Plan Supplement, or related documents, they may be viewed or downloaded free of charge from the Debtors' chapter 11 website https://dm.epiq11.com/LifeScan or you should contact Epiq Corporate Restructuring, LLC, the notice and claims agent retained by the Debtors in these chapter 11 cases (the "Notice and Claims Agent"), by: (a) writing to LifeScan Global Corporation Ballot Processing, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005; (b) emailing LifeScanInfo@epiqglobal.com; or (c) calling the Debtors' restructuring hotline at (888) 832-9472 (US toll free) or (971) 318-6618 (international) and request to speak with a member of the Solicitation Team. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.txs.uscourts.gov.

| | |
|---|---|
| Dated December 8, 2025 | /s/ John F. Higgins |

John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX 24122842)
Grecia V. Sarda (TX 24132092)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
Email:        jhiggins@porterhedges.com
                sjohnson@porterhedges.com
                myoung-john@porterhedges.com
                jkeefe@porterhedges.com
                gsarda@porterhedges.com

-and-
Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Samuel Khalil, Esq. (admitted *pro hac vice*)
Jaimie Fedell, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile:  (212) 530-5219
Email:        ddunne@milbank.com
                skhalil@milbank.com
                jfedell@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
Melanie Yanez, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586
Email:        aleblanc@milbank.com
                mwyanez@milbank.com

*Co-Counsel for Debtors in Possession*

**Certificate of Service**

      I certify that on December 8, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                         */s/ John F. Higgins*
                                                         John F. Higgins