United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LifeScan Global Corporation, *et al.*,[1] | ) | Case No. 25-90259 (ARP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF
### <u>EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP</u>
### (Docket No. 633)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Pachulski Stang Ziehl & Jones, LLP (the "<u>Applicant</u>").  The Court orders:

1.    Applicant is allowed compensation and reimbursement of expenses in the amount of <u>$534,971.09</u> for the period set forth in the application.

2.    The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3.    The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: January 12, 2026

Alfredo R Pérez
United States Bankruptcy Judge

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LifeScan Global Corporation (1872); DUV Holding Corp. (2522); DUV Intermediate Holding Corp. (2645); LifeScan Texas LLC (1307); DUV Intermediate Holding II Corp. (4829); LifeScan Inc. (8188); LifeScan IP Holdings, LLC (7450); LifeScan China, LLC (N/A) and LifeScan Institute LLC (8188). The location of Debtor LifeScan Global Corporation's principal place of business and the Debtors' service address in these Chapter 11 Cases is 75 Valley Stream Parkway, Suite 201, Malvern, PA 19355.